FILED

**NOT FOR PUBLICATION**

OCT 16 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50395 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-01353-RGK |
| v. | |
| EDUARDO CORRAL, a.k.a. Eduardo Flores Corral, a.k.a. Eduardo Mendoza Corral, a.k.a. Edwardo Corral, a.k.a. Huero, a.k.a. Eduardo Corral Mendoza, a.k.a. Edward Mendoza, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted October 9, 2012[**]

Before:     RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

Eduardo Corral appeals from his guilty-plea conviction and 135-month

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sentence for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and transfer of a machine gun, in violation of 18 U.S.C. § 922(o)(1). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Corral's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Corral filed a pro se brief and the government filed a motion to dismiss the appeal.

Corral waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal five specified issues related to his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Corral's plea or any sentencing issue outside the scope of the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

The government's motion to dismiss is **GRANTED** in part.

Corral's pro se motion to dismiss the government's August 7, 2012, reply brief is **DENIED.**

**AFFIRMED in part; DISMISSED in part.**